IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LINDA J. COBB,                )
                              )
     Plaintiff,               )
                              )
     v.                       )    1:04CV872
                              )
DEPARTMENT OF VETERANS AFFAIRS, )
                              )
     Defendant.               )

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED that Defendant's Motion to Dismiss [12] is GRANTED. Any claims against Steve McLeod and Janette Warsaw are dismissed for failure to state a claim upon which relief can be granted. All other claims are dismissed for failure to effectuate service of process upon the Secretary of the Department of Veterans Affairs.

This the 20th day of January 2006.

_____
United States District Judge